# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DYNAMIC BUILDING CORPORATION,  No: 2:07-cv-00741-GLL

    Plaintiff,

v.  Judge Gary L. Lancaster

VILLAGE AT SEWICKLEY HILLS, LLC

    Defendant.  ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this 20 day of May, 2008, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Strike Default is hereby granted.

BY THE COURT:

_____, J.