IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DYNAMIC BUILDING CORPORATION,  )
    Plaintiff,  )
                          )
      v.  )  Civil Action No. 07-741
                          )
VILLAGE AT SEWICKLEY HILLS,  )
LLC,  )
    Defendant.  )

## ORDER OF COURT

AND NOW, this 8th day of September, 2009, the court having been advised that defendant has filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Ohio at Case No. 09-18293 and no further action can be taken by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record